UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED APR 1 0 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMZ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BUFORD KAIGLER (1), <br> JOAQUIN SALVADOR SILVA-PULIDO (2) <br> Defendants. | Case No. 10CR3749-BEN <br><br> **ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE, EXONERATE BONDS AND JUDGMENT OF DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Information in the above-referenced case be dismissed without prejudice as to defendants BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO only.

**IT IS HEREBY FURTHER ORDERED** that bond be exonerated as to BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO.

**SO ORDERED.**

DATED: 4/10, 2013.

HON. ROGER T. BENITEZ
United States District Court Judge